USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-7-26

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------x

KARINA COLEMAN,

Plaintiff,

-against-

25-cv-3285 (LAK)

WARNERMEDIA DIRECT, LLC,

Defendant.

------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

This action was removed from the Small Claims Court in Colbert County, Alabama, to the United States District for the Northern District of Alabama, Northwestern Division, and then transferred by the latter court to this one. The parties have requested this Court to entered an order remanding this action to the District Court of Colbert County, Alabama, small claims division.

This Court plainly has the authority to vacate the Northern District of Alabama order transferring the case here. Whether it properly may remand a case to a state court in another state is unclear.

Accordingly, the March 27, 2025 order (Dkt 23) of the United States District Court for the Northern District of Alabama is vacated. The Clerk shall retransfer this action to that court, which may take whatever action it deems appropriate with respect to the requested remand to the state court.

SO ORDERED.

Dated: October 7, 2026

Lewis A. Kaplan
United States District Judge